

**IN THE**
**TENTH COURT OF APPEALS**

_____

**No. 10-19-00467-CV**

**IN RE RICKY LAYFIELD**

_____

**Original Proceeding**

_____

**MEMORANDUM OPINION**

_____

Relator's petition for writ of mandamus is denied.

JOHN E. NEILL
Justice



Before Chief Justice Gray,
        Justice Davis, and
        Justice Neill
        (Chief Justice Gray dissenting with a note)*
Petition denied
Opinion delivered and filed January 8, 2020
[OT06]

*(Chief Justice Gray dissents. A separate opinion will not issue. Chief Justice Gray, however, provides the following note. He would request a response, or in lieu of a response, a copy of the order ruling on the referenced motion.)